

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00207-CR

| | | |
|---|---|---|
| BENJAMIN BENGE, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1721938D) |
| V. | § | June 27, 2024 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel

Justice Dabney Bassel